1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIO C. MONTERO, | CASE NO. C20-0644JLR |
| Plaintiff, | ORDER |
| v. | |
| CAPE BRETON FISHING, LP, et al., | |
| Defendants. | |

Before the court is the parties' proposed stipulated protective order.  (*See* Stip. (Dkt. # 10); Prop. Protective Order (Dkt. # 10-1).)  The parties have asked that the court enter this stipulation as an order of the court.  (*See* Stip. at 1.)  However, the parties have failed to comply with Local Rule LCR 26(c)(2).  *See* Local Rules W.D. Wash. LCR 26(c)(2).  Pursuant to this rule, "[p]arties are encouraged to use this district's model protective order, available on the court's website."  *Id.*  "Parties that wish to depart from the model order must provide the court with a redlined version identifying departures

ORDER - 1

1 | from the model." *Id.*  Here, the parties' stipulated protective order departs from the

2 | model protective order (*see* Prop. Protective Order at 1-8), but the parties have failed to

3 | provide a redlined version of the model order as required under the local rules.

4 | Accordingly, the court DENIES the parties' stipulated motion for entry of their agreed

5 | protective order (Dkt. # 10), but without prejudice to re-filing in a manner that comports

6 | with the court's local rules.

7 |         Dated this 19th day of October, 2020.

8 |

9 |

10 |        JAMES L. ROBART
       United States District Judge

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

ORDER - 2